NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: KEVIN SUNLIN WANG,**
*Appellant*

---

2022-1510, 2022-1518

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 14/967,301, 15/717,594.

---

**JUDGMENT**

---

KEVIN S. WANG, Law Office of Wood Wang & Associates, PLLC, Flushing, NY, argued for appellant. Also represented by DAVID JOHN WOOD, I; DAVID AKER, Ohlandt, Greeley, Ruggiero & Perle, LLP, Stamford, CT.

MAI-TRANG DUC DANG, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by ROBERT MCBRIDE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, STOLL, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 4, 2024
Date

Jarrett B. Perlow
Clerk of Court